UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEESHA N. WILLIS, | |
| Plaintiff, | 1:19-cv-00293 |
| v. | |
| LAW OFFICE OF CHARLES G. MCCARTHY, JR. & ASSOCIATES, | Honorable Manish S. Shah |
| Defendant. | |

INITIAL STATUS REPORT

Pursuant to Fed. R. Civ. P. 26(f) and this Court's Case Management Procedures, Plaintiff[1] submits the following Initial Status Report.

**1. The Nature of the Case**

    A. Parties:

For Plaintiff:  For Defendant:

**Nathan Charles Volheim** (Lead Attorney)
**Taxiarchis Hatzidimitriadis**
**Eric Donald Coleman**
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: 630-575-8181
Fax: 630-575-8188
Email: nvolheim@sulaimanlaw.com
Email: thatz@sulaimanlaw.com
Email: ecoleman@sulaimanlaw.com

---

[1] On July 8, 2019, counsel for Plaintiff emailed a draft of this Initial Status Report requesting comment to counsel for Defendant at the email address charlie@mccarthy.net, which was listed in the signature line of Defendant's answer. Counsel also placed several phone calls to counsel for Defendant at phone number (630) 571-4126. This phone number is disconnected. Counsel for Plaintiff has no other contact information for counsel for Defendant. On July 16, 2018, counsel for Plaintiff again emailed counsel for Defendant advising about the deadline to file the Initial Status Report and requesting comment. Counsel for Defendant has bene unresponsive.

  B. Basis for Federal Jurisdiction: Subject matter jurisdiction is conferred upon this Court by 28 U.S.C. §§1331 and 1337 as the action arises under the laws of the United States.

  C. Nature of Claims Asserted: Plaintiff's complaint alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq.,* for Defendant seeking collection of a debt from her through harassing and misleading collection correspondence.

  D. Major Legal and Factual Issues:

    i. Defendant's policy process for the creation of the collection correspondence at issue?

    ii. Was Defendant's collection correspondence misleading and harassing under the FDCPA?

    iii. Did the creditor to whom Plaintiff allegedly owed money to have the legal ability to add interest, attorney fees, etc?

  E. Relief Sought: Plaintiff seeks statutory damages of $1,000.00 under the FDCPA, 15 U.S.C. §1692k(a)(2)(A). Additionally, Plaintiff seeks payment of her actual damages as provided under the FDCPA, 15 U.S.C. §1692k(a)(1). Finally, Plaintiff seeks payment of her costs and reasonable attorney fees as provided under the FDCPA, 15 U.S.C. §1692k(a)(3).

**2. Mandatory Initial Discovery**

  a. Plaintiff acknowledge she is familiar with the Mandatory Initial Discovery Program ("MIDP") Standing Order.

  b. Defendant's responsive pleading was filed June 25, 2019, making the MIDP Disclosures due on or before December 26, 2018.July 24, 2019.

  c. Plaintiff does not currently have any disputes concerning the MIDP Disclosures.

**3. Pending Motions and Case Plan**

    A.    Pending Motions: None.

    B.    Proposed Discovery Plan:

        i.    Plaintiff anticipate both written and oral discovery.

        ii.    Plaintiff will exchange MIDP Disclosures which supersede those required under FRCP 26(a)(1).

        iii.    Plaintiff to issue written discovery on or before August 15, 2019.

        iv.    Plaintiff propose fact discovery to be completed by December 16, 2019.

        v.    Plaintiff does not anticipate the need for expert discovery at this time.

        vi.    Plaintiff to file dispositive motions by January 20, 2020.

    C.    Trial: Plaintiff has demanded a jury trial and does not anticipate any trial lasting more than two days.

**3.**     **Magistrate Judge:** At this time the Parties do not unanimously consent to proceed before a Magistrate Judge.

**4.**     **Status of Settlement:**

    A.    Plaintiff has tendered a settlement demand to Defendant.

    B.    Plaintiff is willing to engage in settlement discussions.

    C.    Plaintiff would prefer to engage in informal settlement discussions before participating in a formal settlement conference.

Dated: July 16, 2019

/s/ Nathan C. Volheim
Nathan C. Volheim
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Nathan C. Volheim, an attorney, certify that a true and correct copy of the foregoing **Initial Status Report** was served via U.S. Certified Mail and email, this 16th day of July 2019.

Law Offices of Charles G. McCarthy, Jr. and Associates
27W233 Wallace Road
Wheaton, IL 60189
charlie@mccarthy.net


/s/ Nathan C. Volheim
Nathan C. Volheim