# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEESHA N. WILLIS, <br><br>     Plaintiff, <br><br> v. <br><br> LAW OFFICE OF CHARLES G. MCCARTHY, JR & ASSOCIATES and FOREST RECOVERY SERVICES, L.L.C., <br><br>     Defendants. | 1:19-cv-00293 |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

**To the Clerk of the U.S. District Court for the Northern District of Illinois**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, KEESHA N. WILLIS, requests that the Clerk enter the default of Defendant, LAW OFFICE OF CHARLES G. MCCARTHY, for failure defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Nathan C. Volheim, Esq. attached hereto.

Dated: September 16, 2019          Respectfully submitted,

                                                            s/ Nathan C. Volheim
                                                            Nathan C. Volheim, Esq. #6302103
                                                            *Counsel for Plaintiff*
                                                            Sulaiman Law Group, Ltd.
                                                            2500 South Highland Avenue, Suite 200
                                                            Lombard, Illinois 60148
                                                            (630) 568-3056 (phone)
                                                            (630) 575-8188 (fax)
                                                            nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys for Plaintiff, certifies that on September 16, 2019, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served by U.S. Certified mail and electronic mail to the following addresses:

Law Offices of Charles G. McCarthy, Jr.<br>
100 West Roosevelt Road<br>
Suite 5B-203<br>
Wheaton, IL 60187<br>
charlie@mccarthy.net

                                              Respectfully submitted,

                                              <u>s/ Nathan C. Volheim</u><br>
                                              Nathan C. Volheim, Esq. #6302103