UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KEESHA N. WILLIS,

    Plaintiff,

v.

LAW OFFICE OF CHARLES G.
MCCARTHY, JR & ASSOCIATES and
FOREST RECOVERY SERVICES, L.L.C.,

    Defendant.

1:19-cv-00293

**AFFIDAVIT FOR ENTRY OF DEFAULT**

STATE OF ILLINOIS

COUNTY OF DUPAGE

I, Nathan C. Volheim, being duly sworn, state as follows:

1. I am one of attorneys for Plaintiff in the above-entitled action and as such, I am familiar with the billing, records, events, and pleadings in this matter.

2. On June 2, 2019, the Summons and Complaint were served upon LAW OFFICE OF CHARLES G. MCCARTHY, JR & ASSOCIATES ("Defendant"). [Dkt No. 16].

3. On June 25, 2019, Defendant filed an Answer to the Complaint. [Dkt No. 17].

4. On July 23, 2019, the Defendant failed to attend Status Hearing. The Court ordered that both parties complete discovery under MIDP by July 25, 2018 and continued the status hearing to September 26, 2019. The Court further stated that if the Defendant failed to comply with MIDP, the Court would enter a default against the Defendant. [Dkt No. 19].

5. On July 23, 2019, Plaintiff served Defendant her discovery responses to MIDP. [Dkt No. 20].

6. To date, Defendant has not provided its discovery responses to MIDP.

7. As required by the Service Members Civil Relief Act of 2003, I have confirmed that the Defendant is not currently in active military service.

Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*

**SWORN TO AND SUBSCRIBED** before me this $\underline{16^{th}}$ day of $\underline{September}$, 2019.

Notary

My commission expires $\underline{November\ 15}$, 2020.

"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020

2